

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00490-CV

**IN RE** Joe **GUILLEN**, Carolyn Harris, Sidney Hipp, Wayne Holmes
and Shenandoah Church of Christ

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: October 21, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On October 1, 2020, relators filed a petition for writ of mandamus and an emergency motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relators' motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020CI10510, styled *Shenandoah Church of Christ v. Joe Guillen, et al*, pending in the 166th Judicial District Court, Bexar County, Texas; and Cause No. 2020CI202010952, styled *Shenandoah Church of Christ v. Gabriel Rodriguez* pending in the 225th Judicial District Court, Bexar County, Texas. The Honorable Angelica Jimenez signed the orders at issue in this original proceeding.